1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **WESTERN DIVISION**

11

12   RITA JOHANSEN,                          )     No. ED CV 08-285-PLA
                                             )
13                      Plaintiff,           )
                                             )     **JUDGMENT**
14          v.                               )
                                             )
15   MICHAEL J. ASTRUE,                      )
     COMMISSIONER OF SOCIAL                  )
16   SECURITY ADMINISTRATION,                )
                                             )
17                      Defendant.           )
                                             )
18   _____)

19          In accordance with the Memorandum Opinion filed concurrently herewith,

20          IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

21   Security Administration, is reversed and this case is remanded for further administrative

22   proceedings consistent with the Memorandum Opinion.

23

24   DATED: January 6, 2009
                                             _____
25                                                        PAUL L. ABRAMS
                                                 UNITED STATES MAGISTRATE JUDGE
26
27
28